UNITED STATES *v.* BETHLEHEM STEEL
CO. ET AL.

No. 130. Decided January 15, 1968.

*Solicitor General Marshall, Assistant Attorney General
Sanders, Alan S. Rosenthal* and *Martin Jacobs* for the
United States.

*David R. Owen* for Bethlehem Steel Co. and *William
A. Grimes* for Moran Towing & Transportation Co., Inc.,
respondents.

PER CURIAM.

The petition for a writ of certiorari is granted. The
judgments of the Court of Appeals for the Fourth Circuit
are vacated and the cause is remanded to that court for
further proceedings in light of this Court's decision in
*Wyandotte Transportation Co.* v. *United States, ante,*
p. 191.

MR. JUSTICE MARSHALL took no part in the considera-
tion or decision of this case.